[No. 66147-7-I.  Division One.  January 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY KINER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09246-3, LeRoy McCullough, J., entered September 14, 2010. *Remanded* by unpublished per curiam opinion.

[No. 40837-6-II.  Division Two.  January 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FREYA ARYANNA-SATIVA MARCONNETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00094-6, Nelson E. Hunt, J., entered May 18, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 41199-7-II.  Division Two.  January 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE LABREC, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00554-3, S. Brooke Taylor, J., entered September 8, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 41359-1-II.  Division Two.  January 10, 2012.]

*In the Matter of the Marriage of* CHRISTOPHER GUNDERSEN, *Appellant*, and HELEN GUNDERSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pacific County, No. 07-3-00065-3, David L. Edwards, J. Pro Tem., entered October 11, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Armstrong, J.